**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Denitra Sherrelle Green v. The State of Texas

Appellate case number:    01-16-00398-CR

Trial court case number:   1412121

Trial court:              179th District Court of Harris County

Appellant's court-appointed counsel has filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a form motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant further requests a 90-day extension of time to file her pro se response to counsel's *Anders* brief

Appellant's request for a copy of the record is **dismissed as moot** because appellant's appointed counsel <u>averred</u> in her *Anders* brief that she would serve a "complete copy of the record" to appellant "on approximately October 14, 2016."

Appellant's request for an extension of time to file her pro se response is **granted in part**. Appellant's brief shall be due within **45 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ <u>Jane Bland</u>
                        Acting individually


Date:  <u>December 6, 2016</u>